TRANSF

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:23−mc−00286−HEA

True the Vote, Inc. et al v. Konnech, Inc.  
Assigned to: District Judge Henry Edward Autrey  
Case in other court: Southern District of Texas, 4:22−cv−03096

Date Filed: 03/17/2023

**Plaintiff**

**Konnech, Inc.**

V.

**Petitioner**

| | | |
|---|---|---|
| **Harry Haury** | represented by | **Sasha D. Riedisser**<br>BRYAN CAVE LLP – St. Louis<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>314−259−2592<br>Email: sasha.riedisser@bclplaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Active* |

**Petitioner**

**Cain & Associates, Inc.**

V.

**Defendant**

**True the Vote, Inc.**

**Defendant**

**Catherine Engelbrecht**

**Defendant**

**Gregg Phillips**

Email All Attorneys  
(will not send to terminated parties)

Email All Attorneys and Additional Recipients  
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 03/17/2023 | Ï 1 | MOTION to Quash with receipt number BMOEDC–9846109, in the amount of $49, filed by Harry Haury. (Attachments: # 1 Exhibit Exhibit A Subpoena, # 2 Exhibit Exhibit B Discovery Requests, # 3 Exhibit Exhibit C Haury Affidavit, # 4 Text of Proposed Order Proposed Order)(Riedisser, Sasha) (Entered: 03/17/2023) |
| 03/20/2023 | Ï | Case Opening Notification. Judge Assigned: Honorable Henry Edward Autrey. (JDC) (Entered: 03/20/2023) |
| 03/30/2023 | Ï 2 | Consent MOTION to Transfer Case *to Quash Subpoena* to Southern District of Texas by Defendants Catherine Engelbrecht, Gregg Phillips, True the Vote, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Text of Proposed Order Proposed Order)(Riedisser, Sasha) (Entered: 03/30/2023) |
| 03/31/2023 | Ï 3 | Docket Text ORDER: Re: 2 Consent MOTION to Transfer Case *to Quash Subpoena* to Southern District of Texas by Defendants Catherine Engelbrecht, Gregg Phillips, True the Vote, Inc.; GRANTED. SO ORDERED. Signed by District Judge Henry Edward Autrey on 3/31/2023. (JEB) (Entered: 03/31/2023) |